## In re Oscar Arturo MELCHOR, Relator.

### No. 01–00–00254–CV.

Court of Appeals of Texas, Houston (1st Dist.).

April 20, 2000.

Oscar Arturo Melchor, Lovelady, for Relator.

tion of School Boards.

---

**3.** As stated at the beginning of this opinion, we dismiss the appeal of the Texas Associa-

Frumencio Reyes, Houston, for Real Party in Interest.

Panel consists of Justices O'CONNOR, NUCHIA, and DUGGAN.[1]

### OPINION

PER CURIAM.

Relator has sought postconviction relief under Tex.Code Crim. P. Ann. art. 11.07 (Vernon Supp.1999–2000). In response to relator's application for writ of habeas corpus, the trial court signed an order on December 21, 1999 ordering the attorney who represented relator in the criminal proceeding against him to file an affidavit.

In this mandamus proceeding, relator complains that the attorney has not filed such an affidavit and asks this Court to order the attorney to do so. This Court has no mandamus jurisdiction over the attorney. *See* Tex. Gov't Code Ann. § 22.221 (Vernon Supp.2000). Accordingly, the petition for writ of mandamus is dismissed.